UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CAROL BACHMAN-EVINS

                ORDER OF DISMISSAL
    -against-                                CV-04-0513 (DRH)

RUDY MEURER
----------------------------------------------------------------X

      The case having been filed on February 6, 2004 and the affidavit of service having been filed on March 2, 2004, and no further activity having occurred,

      IT IS HEREBY ORDERED that the case is dismissed.

      The clerk is directed to close this case.

      SO ORDERED.

                                    /s/
                              DENIS R. HURLEY
                           United States District Judge

Dated: Central Islip, New York
       January 31, 2006